## **CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business Address is 10474 Santa Monica Boulevard, Suite 401, Los Angeles, California 90025.

On November 17, 2009, I served the following document(s) described as: **Notice of Settlement**, on all interested parties in this action by placing:

[ X ]  a true copy
[   ]  the original thereof enclosed in sealed envelope(s) addressed as follows:

Chris
Attorney for Defendant
clagow@portfoliorecovery.com

[   ]  BY MAIL (Fed. R. Civ. P. 5 (b) (2) (B):
    [   ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
    [   ]  I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  BY ELECTRONIC FILING SERVICE: Complying with Fed. R. Civ. P. 5(b)(2)(D), my electronic business address is and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List above. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office

[X]  STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 17, 2009 at Los Angeles, California.

By: _____
Hanh Nguyen

---

Certificate of Service